# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2020

## NO. 03-18-00126-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**Mahindra USA, Inc., Appellee**

## APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND KELLY
## REVERSED AND RENDERED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the trial court on February 16, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and renders judgment granting the plea to the jurisdiction and dismissing Mahindra USA, Inc.'s apportionment claim for want of jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.